Nos. 1543, 1544, 1545 y 1546. EL PUEBLO, APELADO, *v.* LUC-

CIONI, APELANTE.—Adulteración de leche. Ponce. Junio 30, 1920. *Confirmadas las sentencias.*